**Order entered February 17, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00146-CR

**ESSIE D. HOPKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1355764-U**

## ORDER

We **REINSTATE** the appeal.

On January 21, 2015, we ordered the trial court to appoint new counsel to represent the appellant, and we abated the appeal to allow the trial court to comply with said order. On February 13, 2015, we received the supplemental clerk's record that includes an order appointing Larry Mitchell as counsel for the appellant. We **DIRECT** the Clerk of the Court to add Larry Mitchell as appellant's attorney of record.

The appeal is set for submission on March 24, 2015, at 9:00 a.m.

/s/      DOUGLAS S. LANG
            JUSTICE